**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy
**12/15**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hebrew Hospital Home of Westchester, Inc.** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **13-3785703** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **55 Grasslands Road** <br> **Valhalla, NY 10595** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Westchester** <br> County | **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership <br><br> ☐ Other. Specify: _____ |

Debtor    **Hebrew Hospital Home of Westchester, Inc.**    Case number (*if known*)
_____
Name

**7.** **Describe debtor's business**    A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☑ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
<u>6231</u>

**8.** **Under which chapter of the Bankruptcy Code is the Debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☑ No.

☐ Yes.

If more than 2 cases, attach a separate list

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attachment** | Relationship to you | |
|---|---|---|---|---|
| | District | _____ | When _____ | Case number, if known _____ |

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**11.  Why is the case filed in *this district?***

*Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■  No

☐  Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
        What is the hazard? _____

☐  It needs to be physically secured or protected from the weather.

☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐  Other _____

**Where is the property?** _____
        Number, Street, City, State & ZIP Code

**Is the property insured?**

☐  No

☐  Yes.    Insurance agency _____
            Contact name _____
            Phone _____

---

**  Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Hebrew Hospital Home of Westchester, Inc.**                          Case number (*if known*) _____
          Name

| **Request for Relief, Declaration, and Signature** |

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 8, 2016**
               MM / DD / YYYY

**X** **/s/ Mary Frances Barrett**                          **Mary Frances Barrett**
      Signature of authorized representative of debtor         Printed name

Title    **CEO**

---

**18. Signature of attorney**

**X** **/s/ Raymond L. Fink**                          Date    **January 8, 2016**
      Signature of attorney for debtor                           MM / DD / YYYY

**Raymond L. Fink**
Printed name

**Harter Secrest & Emery LLP**
Firm name

**12 Fountain Plaza**
**Suite 400**
**Buffalo, NY 14202-2293**
Number, Street, City, State & ZIP Code

Contact phone    **(716) 853-1616**        Email address _____

_____
Bar number and State

Debtor    **Hebrew Hospital Home of Westchester, Inc.**                     Case number (*if known*) _____
          Name

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Mary Frances Barrett** | | |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK | | |
| Case number (if known) | _____ | | |

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Hebrew Hospital Senior Housing Inc.** | | | Relationship to you | **Affiliate** |
| --- | --- | --- | --- | --- | --- |
| District | **Southern District of New York** | When | **12/09/15** | Case number, if known | **15-13264-mew** |
| Debtor | **HHH Choices Health Plan, LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York** | When | **5/04/15** | Case number, if known | **15-11158-MEW** |

## MINUTES OF A SPECIAL MEETING OF THE BOARD OF DIRECTORS
## OF HEBREW HOSPITAL HOME OF WESTCHESTER, INC.
### DECEMBER 18, 2015
### 11:00 A.M. EASTERN TIME
### VIA TELEPHONE CONFERENCE

**Present**:

Charles Goldberger, Esq.
Marvin Lifson
Alan Pearce, Esq.
Rabbi Edward Schecter

**Absent**:

Michael Laub
Leon Silverman

**Staff**:

Peter Cutaia, CFO

**Attending by Invitation of the Board**:

Raymond Fink, Esq.
Linda Whitehead, Esq.
Daniel Polsky
Anthony Abbate

A quorum was present and Chairman Pearce called the special meeting to order at 11:00 a.m., the purpose of which was to discuss Hebrew Hospital Home of Westchester, Inc.'s ("HHHW") filing of a voluntary petition under chapter 11 of the Bankruptcy Code and the implications of such action.

Mr. Pearce turned the meeting over to HHHW's legal counsel, Mr. Raymond Fink (Harter Secrest & Emery LLP) who provided an update on the chapter 11 proceeding filed by HHHW's affiliate, Hebrew Hospital Senior Housing, Inc. ("HHSH"). Mr. Fink reported that a consensus had been reached regarding the existing loan between HHHW and HHSH, and that, given the Court's refusal to approve the proposed debtor-in-possession loan facility with Lapis

Advisers LP, the lending of additional funds from HHHW to HHSH will provide HHSH with enough working capital until such time that it finds a suitable buyer for Westchester Meadows. Mr. Fink reported that interested parties to the HHSH chapter 11 proceeding agreed that, in order to accomplish this, it would be in the best interest of both HHHW and HHSH to have HHHW file a chapter 11 proceeding.

Messrs. Fink and Polsky, financial advisor to HHHW, discussed the benefits and drawbacks to filing a chapter 11 for HHHW and expanding the existing loan to HHSH. They further advised that the engagement of professionals, including, but not limited to, bankruptcy counsel, financial advisor, special counsel and accountants, would be required to assist with the filing if the Board were to approve it.

The HHHW Board was presented with the following resolutions, which were seconded and passed by a majority of the Board:

WHEREAS, after due and careful consideration of the financial situation of Hebrew Hospital Home of Westchester, Inc. ("HHHW") and HHHW's available alternatives, the Board of Directors of HHHW (the "Board") has determined that it would be desirable and in the best interest of HHHW to file a voluntary proceeding under chapter 11 of the Bankruptcy Code (the "HHHW Chapter 11");

WHEREAS, the Board wishes to authorize any officer of HHHW to execute and deliver any and all documents, schedules, and agreements necessary and/or advisable to effect the HHHW Chapter 11; and

WHEREAS, the Board wishes to continue its engagement and retention of the following professionals for the provision of various pre-petition and post-petition services in connection with the HHHW Chapter 11: Harter Secrest &

2

Emery LLP, McCullough, Goldberger & Staudt, LLP, Getzler Henrich & Associates LLC and Abbate DeMarinis, LLC.

NOW, THEREFORE, BE IT:

RESOLVED, that HHHW is hereby authorized to file a voluntary proceeding under chapter 11 of the Bankruptcy Code as heretofore contemplated.

RESOLVED, that, in respect thereof, any duly appointed HHHW officer is authorized to execute the HHHW Chapter 11 petition, schedules, verifications, any and all pleadings, documents, and agreements all in furtherance of the HHHW Chapter 11.

RESOLVED, that HHHW hereby approves the continued engagement and retention of the following professionals at the rates of compensation negotiated pre-petition and the payment of pre-petition retainers for post-petition services as follows:

[1]    Harter Secrest & Emery LLP, as HHHW's primary bankruptcy counsel;

[2]    McCullough, Goldberger & Staudt, LLP, as HHHW's special counsel;

[3]    Getzler Henrich & Associates LLC, as HHHW's financial advisor; and

[4]    Abbate DeMarinis, LLC, as HHHW's accountants.

RESOLVED, that each of the officers and directors of HHHW are hereby authorized, empowered and directed to take all such action on behalf of HHHW as

3

they may deem necessary, appropriate or advisable to carry out the intent and purposes of the foregoing resolutions.

Mr. Pearce then turned the meeting over to Ms. Linda Whitehead (McCullough Goldberger & Staudt, LLP) who provided an update on the proposed joint venture arrangement by and among HHHW, Westchester Healthcare Properties I, LLC ("WHP") and Bethel Methodist Home ("Bethel"), whereby HHHW, WHP and Bethel would enter into a joint venture arrangement until such time as an operating certificate was issued, at which time HHHW would receive payment for 70 beds and withdraw from the joint venture (the "Bethel Transaction").

Ms. Whitehead continued that, due to unforeseen delays, the operating agreement was not executed at the time the HHHW Board previously approved the Bethel Transaction, and that subsequent approval of [1] the Bethel Transaction and [2] the new operating agreement is prudent.

The HHHW Board was presented with the following resolutions, which were seconded and passed by a majority of the Board:

WHEREAS, on March 9, 2011 the Board of Directors of the Hebrew Hospital Home of Westchester, Inc. authorized the exploration of the modification of the existing agreements for the sale of 70 beds with Westchester Healthcare Properties I, LLC and Bethel Methodist Home (Bethel Nursing Home Company, Inc.) to provide for a joint venture agreement among the three entities until such time as an operating certificate is issued, at which time the Corporation will receive full payment for the beds and withdraw from the joint venture; and

4

WHEREAS, on April 10, 2013, the Board of Directors of the Hebrew Hospital Home of Westchester, Inc. authorized the entering into of an Operating Agreement for HBL SNF, LLC (the "Operating Agreement"); and

WHEREAS, due to delays in obtaining construction financing and other issues, the Operating Agreement was not executed at the time of the original Board approval, and there have been minor amendments to the Operating Agreement, which the parties now intend to execute, and which will be further subject to the approval of the Bankruptcy Court after the filing of chapter 11 by Hebrew Hospital Home of Westchester, Inc.; and

WHEREAS, an Operating Agreement for the proposed joint venture to be known as HBL SNF, LLC  has been negotiated by the three entities, and the Department of Health has granted conditional approval for the construction of the skilled nursing facility comprising beds contributed by each entity, and the Board of Directors believes that the entering into of such Operating Agreement which will provide for full payment for the beds and withdrawal from HBL SNF, LLC upon completion of construction and issuance of an Operating Certificate will be in the best interest of Hebrew Hospital Home of Westchester, Inc.; and

WHEREAS, as part of the original agreement relating to the purchase of the 70 beds from Bethel Methodist Home and the transaction whereby both Bethel Methodist Home and Hebrew Hospital Home of Westchester, Inc. are contributing beds to the joint venture formed by the Operating Agreement, Hebrew Hospital Home of Westchester, Inc. agreed to pay to Bethel Methodist

Home the amount of $300,000.00 upon Hebrew Hospital Home of Westchester, Inc. receiving full payment for the beds; and

**WHEREAS**, Hebrew Hospital Home of Westchester, Inc. and Bethel Methodist Home have agreed to the terms of an Agreement whereby the payment of $300,000.00 will be paid upon Hebrew Hospital Home of Westchester, Inc.'s receipt of payment in full for the beds (the "Bethel Agreement"), it is

**NOW, THEREFORE, BE IT:**

**RESOLVED**, that the Board of Directors authorizes Hebrew Hospital Home of Westchester, Inc. to enter into the Operating Agreement for HBL SNF, LLC providing for full payment for the 70 beds and withdrawal from HBL SNF, LLC upon completion of construction and issuance of an Operating Certificate in the form provided to the Board for review with such minor modifications as counsel may deem necessary and appropriate, and it is further

**RESOLVED**, that the Board of Directors authorizes Hebrew Hospital Home of Westchester, Inc. to enter into Bethel Agreement providing for payment to Bethel Methodist Home of the amount of $300,000.00 upon receipt of full payment for the 70 beds.

There being no further business, the meeting was adjourned at approximately 12:00 p.m.

Date: ~~December~~ January 8 2016 ~~2015~~

_____
Peter Cutaia, Secretary

6

**Fill in this information to identify the case:**

Debtor name    **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January  8, 2016**         X **/s/ Mary Frances Barrett**
                                              Signature of individual signing on behalf of debtor

                                             **Mary Frances Barrett**
                                             Printed name

                                             **CEO**
                                             Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hebrew Hospital Home of Westchester, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1199 National Benefit Fund 330 West 42nd Street 27th Floor New York, NY 10036** | | **Trade debt** | | | | $227,267.11 |
| **1199 National Benefit Fund 330 West 42nd Street 27th Floor New York, NY 10036** | | **Trade debt** | | | | $208,522.82 |
| **1199 SEIU Funds 330 West 42nd Street 27th Floor New York, NY 10036** | | **Trade debt** | **Contingent Unliquidated** | | | $23,516,694.00 |
| **1199 SEIU Labor Management 330 West 42nd Street 27th Floor New York, NY 10036** | | **Trade debt** | | | | $73,595.69 |
| **Allied Health Services 391 East 149th Street Suite 318 Bronx, NY 10455** | | **Trade debt** | | | | $47,764.77 |
| **Bay Plaza Community Center 546 5th Avenue New York, NY 10036** | | **Trade debt** | | | | $74,682.36 |
| **Best Care 3000 Hempstead Turnpike Suite 205 Levittown, NY 11756** | | **Trade debt** | | | | $866,780.58 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **CareNext Post Acute LLC 4 Greenwich Office Park Floor 2 Greenwich, CT 06830** | | **Trade debt** | | | | $66,920.54 |
| **Geriatric Services PC 3 Barker Ave. 4th Floor White Plains, NY 10601** | | **Trade debt** | | | | $72,916.69 |
| **HHH Acquisition, LLC c/o Duane Morris (Jerome Levy) 1540 Broadway New York, NY 10036-4086** | | **Trade debt** | **Contingent Unliquidated Disputed** | | | $1,000,000.00 |
| **Home Care At Its Best, Inc. 221-21 Jamaica Ave. Queens Village, NY 11428** | | **Trade debt** | | | | $60,930.00 |
| **IPC The Hospitalist Co., Inc. P.O. Box 844929 Los Angeles, CA 90084-4929** | | **Trade debt** | | | | $148,750.05 |
| **LTC Consulting Services 7 Randolph Rd. Howell, NJ 07731** | | **Trade debt** | | | | $99,972.08 |
| **Med World Pharmacy Dept. 781668 PO Box 78000 Detroit, MI 48278-1668** | | **Trade debt** | | | | $189,481.56 |
| **Medline Industries PO Box 382075 Pittsburgh, PA 15251-8075** | | **Trade debt** | | | | $55,058.17 |
| **NYS Department of Health Corning Tower Empire State Plaza Albany, NY 12237** | | **Facility Assessment** | **Disputed** | | | $191,377.17 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Patient Care Associates Inc. 141 Halstead Ave. Mamaroneck, NY 10543** | | **Trade debt** | | | | **$55,744.88** |
| **Subacute Network, LLC 4 Greenwich Office Park Floor 2 Greenwich, CT 06830** | | **Trade debt** | | | | **$96,961.08** |
| **The Royal Care 6323 14th Avenue Brooklyn, NY 11219** | | **Trade debt** | | | | **$142,177.88** |
| **Unlimited Care Inc. 333 Westchester Ave. West Bldg Ste. G02 West Harrison, NY 10604** | | **Trade debt** | | | | **$437,715.00** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

# United States Bankruptcy Court
## Southern District of New York

In re    **Hebrew Hospital Home of Westchester, Inc.**          Case No. _____
                                    Debtor(s)                 Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **HHCS, Inc.**<br>**55 Grasslands Road**<br>**Valhalla, NY 10595** | | **N/A** | **Sole Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **January  8, 2016** _____      Signature   **/s/ Mary Frances Barrett** _____
                                                               **Mary Frances Barrett**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

### United States Bankruptcy Court
#### Southern District of New York

In re   **Hebrew Hospital Home of Westchester, Inc.** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the

best of my knowledge.

Date:   **January  8, 2016** _____   **/s/ Mary Frances Barrett** _____

**Mary Frances Barrett**/CEO

Signer/Title

1199 CHILD CARE FUND
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 JOB SECURITY FUND
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 NATIONAL BENEFIT FUND
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 SEIU FUNDS
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 SEIU LABOR MANAGEMENT
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


1199 TRAINING & UPGRADING
330 WEST 42ND STREET
27TH FLOOR
NEW YORK, NY 10036


ABALINE SUPPLY
600 MARKLEY STREET
PORT READING, NJ 07064


ABILITY NETWROK INC.
BUTLER SQ. 100 NORTH 6TH ST.
STE. 900A
MINNEAPOLIS, MN 55403


ACME AMERICAN REPAIRS
177-10 93RD AVE.
JAMAICA, NY 11433


ALADDIN TEMP-RITE LLC
PO BOX 8500-3431
PHILADELPHIA, PA 19178-3431

ALL SAFE FIRE PROTECTION, INC.
PO BOX 53
THORNWOOD, NY 10594


ALL SAFE FIRE SPRINKLERS CORP.
PO BOX 53
THORNWOOD, NY 10594


ALLCARE MEDICAL
PO BOX 826390
PHILADELPHIA, PA 19182


ALLIED HEALTH SERVICES
391 EAST 149TH STREET
SUITE 318
BRONX, NY 10455


ALSTON & BIRD LLP
ATTN: MARTIN G. BUNIN
90 PARK AVENUE
NEW YORK, NY 10016


AMAZING HOME CARE
1601 BRONXDALE AVENUE
BRONX, NY 10462


AMERICAN HEALTH CARE APPAREL
302 TOWN CENTER BLVD.
EASTON, PA 18040


ARONOW VERA
58 SICKLES AVE.
NYACK, NY 10960


ASTRA HOME CARE
117 CHURCH AVE.
BROOKLYN, NY 11218


ATLANTIC BUSINESS PRODUCT
GPO-PO BOX 26200
NEW YORK, NY 10087-6200

ATTORNEY GENERAL OF NEW YORK
ATTN: JAMES G. SHEEHAN
120 BROADWAY
NEW YORK, NY 10271


ATTORNEY GENERAL OF NEW YORK
ATTN: SANDRA GIORNO-TOCCO
44 S. BROADWAY, 5TH FLOOR
WHITE PLAINS, NY 10601


ATTRACTIVE AQUARIUMS
C/O GARY RAISMAN
10 MIDWAY LANE
LEVITTOWN, NY 11756


BALM OF GILEAD HOMECARE LT
4626 WHITE PLAINS RD.
BRONX, NY 10470


BARKSDALE HEALTH CARE SERVICES
327 FIFTH AVE.
PELHAM, NY 10803


BAY PLAZA COMMUNITY CENTER
546 5TH AVENUE
NEW YORK, NY 10036


BEST CARE
3000 HEMPSTEAD TURNPIKE
SUITE 205
LEVITTOWN, NY 11756


BIOREFERENCE LABS
481 EDWARD H. ROSS DR.
ELMWOOD PARK, NJ 07407


BLUE CROSS BLUE SHEILD
PO BOX 11744
NEWARK, NJ 07101-4744


BROWN, DONALD
309 LANGDON AVE.
MOUNT VERNON, NY 10553

```
BROWN, PATRICIA
454 FRANKLIN AVE.
MOUNT VERNON, NY 10553


BUCHANAN INGERSOLL & ROONEY
ONE OXFORD CENTER
301 GRANT STREET 20TH FLOOR
PITTSBURGH, PA 15219-1410


BYRAM HEALTH CARE
PO BOX 277596
ATLANTA, GA 30384-4054


CARENEXT POST ACUTE LLC
4 GREENWICH OFFICE PARK
FLOOR 2
GREENWICH, CT 06830


CHEMSEARCH
23261 NETWORK PLACE
CHICAGO, IL 60673-1232


CITISTORAGE, LLC
5 NORTH 11TH STREET
BROOKLYN, NY 11249


CLEAN AIR QUALITY SERVICE INC.
161 BRADY AVE.
HAWTHORNE, NY 10532


COHNREZNICK LLP
ATTN: CHAD SHANDLER
1212 SIXTH AVENUE
NEW YORK, NY 10036-1600


CONNECTICUT BUSINESS SYSTEM
PO BOX 788760
PHILADELPHIA, PA 19178-8760


CORBETT, GERARD
PO BOX 608
BRONX, NY 10465
```

COUNTY OF WESTCHESTER IDA
ATTN: CHAIRMAN
148 MARITIME AVENUE
WHITE PLAINS, NY 10601


CUDLEYS HOME CARE LT
391 EAST 149TH STREET
BRONX, NY 10455


DALEY, MARION
2749 BRONXWOOD AVE.
BRONX, NY 10469


DERMARITE INDUSTRIES LLC
PO BOX 631
HAWTHORNE, NJ 07507


DLA PIPER
ATTN: THOMAS CALIFANO
1251 SIXTH AVENUE, 27TH FLOOR
NEW YORK, NY 10020-1104


E-R-G ASSOCIATES INC.
PO BOX 445
TUXEDO PARK, NY 10987


EASTVIEW SERVICE INC.
1160 KNOLLWOOD RD.
WHITE PLAINS, NY 10603


EHEALTH SOLUTIONS INC.
575 EIGHTH AVE.
15TH FL.
NEW YORK, NY 10018


EMANUEL SERVICES INC.
409 BROADWAY
BROOKLYN, NY 11211


ESOLUTIONS INC.
401 W. FRONTIER LANE
STE. 101
OLATHE, KS 66061

EVA'S DAY SPA INC.
44 OLD ARMY RD.
SCARSDALE, NY 10583


FAMILY AIDES INC.
144 WEST JOHN ST.
HICKSVILLE, NY 11801


FAMILY SERVICE SOCIETY YONKERS
30 SOUTH BROADWAY
YONKERS, NY 10701


FILE METRO LLC
51 CHESTNUT RIDGE RD.
ARMONK, NY 10504


FOREMOST HOMECARE INC.
115 WEST 30TH ST.
SUITE 500A
NEW YORK, NY 10001


GDC MEDICAL ELECTRONIC
25 SOUTH MALL
PLAINVIEW, NY 11803


GENADYNE BIOTECH
16 MIDLAND AVE.
HICKSVILLE, NY 11801


GERIATRIC SERVICES PC
3 BARKER AVE.
4TH FLOOR
WHITE PLAINS, NY 10601


GOLDEN APPLE CHORUS
65 BROADWAY
HAWTHORNE, NY 10532


GOLDEN APPLE HOME CARE
3924 EAST TREMONT AVE.
BRONX, NY 10465


GRAYROCK MEMORIALS & FLORIST
160 BRADHUST AVE.
VALHALLA, NY 10595

GROSS, PERRY
50 BELDIN AVE.
DOBBS FERRY, NY 10522


HARTFORD LIFE
ONE HARTFORD PLAZA
HARTFORD, CT 06155


HEALTH SOURCE GROUP, INC.
76 NORTH BROADWAY
SUITE 3003
HICKSVILLE, NY 11801


HHCS, INC.
55 GRASSLANDS ROAD
VALHALLA, NY 10595


HHH ACQUISITION, LLC
C/O DUANE MORRIS (JEROME LEVY)
1540 BROADWAY
NEW YORK, NY 10036-4086


HOME CARE ASSOC.
388 BROADWAY
4TH FLOOR
ALBANY, NY 12207


HOME CARE AT ITS BEST, INC.
221-21 JAMAICA AVE.
QUEENS VILLAGE, NY 11428


HOME CARE THERAPIES
20 JERUSELUM AVE.
3RD FLOOR
HICKSVILLE, NY 11801


HOME HEALTH CARE SERVICES OF N
1650 CONEY ISLAND AVENUE
BROOKLYN, NY 11230


HOPKINS MEDICAL PRODUCTS
5 GREENWOOD PLACE
PIKESVILLE, MD 21208

HUGHES ENVION ENGINEERING
14 LEIGHTON PLACE
MAHWAH, NJ 07430


IDVILLE
5376 52ND ST.
GRAND RAPIDS, MI 49512-9765


INDEPENDENCE MEDICAL
PO BOX 635864
CINCINNATI, OH 45263-5864


INDUSTRIAL UI SERVICES
20 SQUADRON BLVD.
PO BOX 825
NEW CITY, NY 10956


INTERGEN HEALTH LLC
1650 EASTERN PARKWAY
BROOKLYN, NY 11233


IPC THE HOSPITALIST CO., INC.
P.O. BOX 844929
LOS ANGELES, CA 90084-4929


JOHNNY DARE MUSIC
PO BOX 111
PIERMONT, NY 10968


KNOWLEDGE UNLIMITED
PO BOX 52
MADISON, WI 53701-0052


KONICA MINOLTA
DEPT. AT 952823
ATLANTA, GA 31192


KRIS AGENCY & HOMECARE
169-14 HILLSIDE AVE.
JAMAICA, NY 11432


LARSEN, SUE
3 LAKE VIEW DRIVE NORTH
WHITE PLAINS, NY 10603

LEADING AGE NEW YORK
13 BRITISH AMERICAN BLVD.
SUITE 2
LATHAM, NY 12110-1431


LEVY RATNER, P.C.
ATTN: RYAN J. BARBUR
80 EIGTH AVENUE, 8TH FLOOR
NEW YORK, NY 10011-5126


LIGGO, BOBBY
510 CARROLL AVE.
MAMARONECK, NY 10543


LONG TERM SOLUTIONS INC.
935 SOUTH LAKE BLVD.
SUITE 6
MAHOPAC, NY 10541


LTC CONSULTING SERVICES
7 RANDOLPH RD.
HOWELL, NJ 07731


M&T BANK
ATTN: JODEE LACELLE
101 SOUTH SALINA ST, 3RD FLOOR
SYRACUSE, NY 13202


MASS MUTUAL RETIREMENT PLAN
1295 STATE STREET
SPRINGFIELD, MA 01111


MAXIM STAFFING SOLUTIONS
12558 COLLECTIONS CENTER DR.
CHICAGO, IL 60693


MC HEALTH CARE PRODUCTS
4658 ONTARIO ST.
BEAMSVILLE, ON, CANADA L0R-1B4


MCKESSON MEDICAL SUGICAL SUPP
PO BOX 630693
CINCINNATI, OH 45263-0693

```
MED WORLD PHARM OMNI
DEPT. 781668
PO BOX 78000
DETROIT, MI 48278-1668


MED WORLD PHARMACY
DEPT. 781668
PO BOX 78000
DETROIT, MI 48278-1668


MED-PAT INC.
31 RIORDAN PLACE
SHREWSBURY, NJ 07702


MEDLINE INDUSTRIES
PO BOX 382075
PITTSBURGH, PA 15251-8075


MELVIN & MELVIN PLLC
ATTN: LOUIS LEVINE
217 SOUTH SALINA ST, 7TH FLOOR
SYRACUSE, NY 13202


MEZA, LAURA A.
7 CHESTNUT ST.
LAKE PEEKSKILL, NY 10537


MILLARD, GEROGANNE
PO BOX 298
PURCHASE, NY 10577


MMS EXTENDED CARE
A MEDICAL SUPPLY
PO BOX 826627
PHILADELPHIA, PA 19182-6627


MOUNT KISCO MEDICAL GROUP
PO BOX 7247-6822
PHILADELPHIA, PA 19170-6822


N&S FUEL INC.
40 BROADWAY
HAWTHORNE, NY 10532
```

NASSAU HEALTH CARE SUPPLIES
4574 THIRD AVENUE
BRONX, NY 10458-7802


NESTLE PURE LIFE
PO BOX 856192
LOUISVILLE, KY 40285


NEW CENTURY HOME CARE
1410 E. 10TH STREET
BROOKLYN, NY 11230


NEWBOLD CORPORATION
450 WEAVER ST.
ROCKY MOUNT, VA 24151


NIXON PEABODY LLP
ATTN: KATHERINE BAYNES
1300 CLINTON AVENUE
ROCHESTER, NY 14604


NORTHEAST GENERATOR CO.
596 JOHN ST.
BRIDGEPORT, CT 06604


NUTRITION MANAGEMENT SERVICES
BOX 725 KIMBERTON RD.
KIMBERTON, PA 19442


NYS DEPARTMENT OF HEALTH
CORNING TOWER
EMPIRE STATE PLAZA
ALBANY, NY 12237


NYS DEPARTMENT OF LABOR
UI DIV., COLLECTION UNIT BLDG
ROOM 256
ALBANY, NY 12212


NYS DEPT OF FINANCIAL SERVICES
ATTN: WARREN YOUNGS
ONE STATE STREET
NEW YORK, NY 10004-1511

ON POINT PARTNERS
234 SILVERLAKE BLVD.
CARLE PLACE, NY 11514


OPEN SYSTEMS METRO NY, INC.
258 ROUTE 117 BY-PASS RD.
BEDFORD HILLS, NY 10507


OPEN TEXT INC.
JP MORGAN LOCKBOX
24685 NETWORK PLACE
CHICAGO, IL 60673-1246


OUELLETTE, JOHN
95-117 RAVINE AVE.
APT. RF3E
YONKERS, NY 10701


OXFORD HEALTHPLANS
PO BOX 1697
NEWARK, NJ 07101-1697


PAETEC COMMUNICATIONS
PO BOX 9001013
LOUISVILLE, KY 40290-1013


PATIENT CARE ASSOCIATES INC.
141 HALSTEAD AVE.
MAMARONECK, NY 10543


PECKAR & ABRAMSON
70 GRAND AVE.
RIVER EDGE, NJ 07661


PELLACARE
1418 65TH STREET
BROOKLYN, NY 11219


PITI, RICHARD
2523 WESTERVELT AVE.
BRONX, NY 10469


PITNEY BOWES
PO BOX 371887
PITTSBURGH, PA 15250-7787

PITNEY BOWES INC RENTAL
PO BOX 371896
PITTSBURGH, PA 15250-7896


POLAND SPRING
PO BOX 856192
LOUISVILLE, KY 40285-6192


PRUDENTIAL GROUP INSURANCE
PO BOX 101241
ATLANTA, GA 30392-1241


REGENCY LIGHTING
PO BOX 205325
DALLAS, TX 75320-5325


RELIABLE COMMUNITY CARE
160 BROADWAY
NEW YORK, NY 10038


RENTACRATE
PO BOX 824795
PHILADELPHIA, PA 19182-4795


ROCKAWAY MANOR HOME CARE
150 BEACH 9TH ST.
FAR ROCKAWAY, NY 11691


ROTO ROOTER PLUMBERS SERVICES
5672 COLLECTION CENTER DR.
CHICAGO, IL 60693


RUSSO J. DANIEL
17 ANITA RD.
BRONXVILLE, NY 10708


SCENT AIR TECHNOLOGIES, INC.
PO BOX 906032
CHARLOTTE, NC 28290-6032


SCHULDGNGIN, RAYA
5912 SPENCER AVE.
BRONX, NY 10471

```
SECURITAS SECURITY SERVICES
PO BOX 403412
ATLANTA, GA 30384


SOUND WATER TREATMENT CENTER
92 NORTH AVE.
SUITE 201
NEW ROCHELLE, NY 10801


SPEAR, RICHARD
50 YONKERS TERRACE
APT. 4M
YONKERS, NY 10704


STERICYCLE INC.
PO BOX 6582
CAROL STREAM, IL 60197-6582


STRAUSS PAPER CO. INC.
10 SLATER ST.
PORT CHESTER, NY 10573-4997


SUBACUTE NETWORK, LLC
4 GREENWICH OFFICE PARK
FLOOR 2
GREENWICH, CT 06830


SUBURBAN CARTING
PO BOX 5102
WHITE PLAINS, NY 10602-5102


SULLIVAN & WORCESTER LLP
ATTN: JEANNE P. DARCEY
ONE POST OFFICE SQUARE
BOSTON, MA 02109


SUNNYSIDE CITYWIDE L.T.
43-31 39TH STREET
SUNNYSIDE, NY 11104


T.G. LANSCAPE CO.
490 ELLENDALE AVE.
PORT CHESTER, NY 10573
```

```
TECH AIR
PO BOX 0021
BRATTLEBORO, VT 05302-0021


THE GUARDIAN LIFE INS. CO.
STATE MANDATED DISABILITY
PO BOX 824418
PHILADELPHIA, PA 19182-4418


THE ROYAL CARE
6323 14TH AVENUE
BROOKLYN, NY 11219


THOMSON REUTERS-WEST
WEST PAYMENT CENTER
PO BOX 6292
CAROL STREAM, IL 60197-6292


TOWN OF GREENBURGH
ATTN: COMPTROLLER
17 HILLSIDE AVENUE
WHITE PLAINS, NY 10607


TYCO INTEGARATED SECURITY LLC
PO BOX 371967
PITTSBURGH, PA 15250-7967


U.S. BANK N.A.
ATTN: MICHELLE MENA
100 WALL ST, 16TH FLOOR
NEW YORK, NY 10005


U.S. TRUSTEE -- SDNY
ATTN: GREG ZIPES
201 VARICK ST, ROOM 1006
NEW YORK, NY 10014


UNITED HEBREW GERIATRIC CENTER
391 PELHAM ROAD
NEW ROCHELLE, NY 10805


UNITEX TEXTILE RENTAL SERVICES
145 S. SATELLITE RD.
SOUTH WINDSOR, CT 06074
```

UNIVERSAL HOSPITAL SERVICES
SDS 12-0940
PO BOX 86
MINNEAPOLIS, MN 55486-0940


UNLIMITED CARE INC.
333 WESTCHESTER AVE.
WEST BLDG STE. G02
WEST HARRISON, NY 10604


WEEKS-LERMAN (WINGARD)
5838 PAGE PLACE
MASPETH, NY 11378


WESTCHESTER MEDICAL CENTER
PO BOX 5044
NEW BRITAIN, CT 06050


WESTERN PEST SERVICES
162-164 EAST AVENUE B -1632
NORWALK, CT 06851-5715


WHITE PLAINS HOSPITAL
PHYSICIANS ASSOC.
PO BOX 28206
NEW YORK, NY 10087-8206


WHITE PLAINS HOSPITAL CENTER
DAVIS AVENUE AT EAST POST RD.
WHITE PLAINS, NY 10601


ZIMMET HEALTHCARE SERVICES
4006 ROUTE 9 SOUTH
MORGANVILLE, NJ 07751

# United States Bankruptcy Court
## Southern District of New York

In re   **Hebrew Hospital Home of Westchester, Inc.**                          Case No.

Debtor(s)                          Chapter     **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Hebrew Hospital Home of Westchester, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**HHCS, Inc.**
**55 Grasslands Road**
**Valhalla, NY 10595**

☐ None [*Check if applicable*]

**January  8, 2016**

Date

**/s/ Raymond L. Fink**

**Raymond L. Fink**
Signature of Attorney or Litigant
Counsel for   **Hebrew Hospital Home of Westchester, Inc.**
**Harter Secrest & Emery LLP**
**12 Fountain Plaza**
**Suite 400**
**Buffalo, NY 14202-2293**
**(716) 853-1616 Fax:(716) 853-1617**