**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| HHH CHOICES HEALTH PLAN, LLP, | CASE NO. 15-11158-MEW |
| | (JOINT ADMINISTRATION) |
| DEBTOR. | |
| IN RE: | CHAPTER 11 |
| HEBREW HOSPITAL SENIOR HOUSING, INC. (A/K/A WESTCHESTER MEADOWS CONTINUING CARE RETIREMENT COMMUNITY AND FIELDSTONE AT WESTCHESTER MEADOWS),, | CASE NO. 15-13264-MEW |
| DEBTOR. | (JOINT ADMINISTRATION) |
| IN RE: | CHAPTER 11 |
| HEBREW HOSPITAL HOME OF WESTCHESTER, INC., | CASE NO. 16-10028-MEW |
| DEBTOR. | (JOINT ADMINISTRATION) |

**ORDER (I) AUTHORIZING JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES, (II) AUTHORIZING A CONSOLIDATED MAILING MATRIX; AND (III) GRANTING RELATED RELIEF**

Upon consideration of the Motion[1] of the above-captioned Debtors for an Order: (i) directing the joint administration of the Debtors' separate Chapter 11 cases for procedural purposes only; (ii) authorizing a consolidated mailing matrix; and (iii) granting related relief; and upon the Declarations filed in the Cases pursuant to Local Rule 1007-2; and due and sufficient notice of the Application having been given under the particular circumstances; and it appearing that no other

---

[1] Capitalized terms not otherwise defined herein shall have the meanings set forth in the Motion.

1

or further notice need be provided; and it appearing that the relief requested by the Motion is in the best interests of the Debtors, their estates, their creditors and other interested parties; and after due deliberation thereon; and good and sufficient cause appearing therefore;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED to the extent set forth in this Order.

2. Each of the above-captioned Cases of the Debtors be, and hereby are, consolidated for procedural purposes only and shall be jointly administered by the Court.

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting the substantive consolidation of any of the Cases

4. The caption of the jointly administered Cases shall read as follows:

| | |
|---|---|
| IN RE:<br><br>HHH CHOICES HEALTH PLAN, LLC<br><br><br><br>DEBTOR. | CHAPTER 11<br><br>CASE NO.    15-11158-MEW<br>CASE NO.    15-13264<br>CASE NO.    16-10028<br><br>(JOINTLY ADMINISTERED) |

5. All original pleadings shall be captioned as indicated in the preceding decretal paragraph, and all original docket entries shall be made in the Case of *In re HHH CHOICES HEALTH PLAN, LLC*. Case No. 15-11158-MEW as the lead case.

6. A docket entry shall be made in each of the Cases substantially similar to the following:

An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of, *In re* HHH Choices Health Plan, LLC, Case No. 15-11158-MEW, *In re* HEBREW HOSPITAL SENIOR HOUSING, INC. (A/K/A WESTCHESTER MEADOWS CONTINUING CARE RETIREMENT COMMUNITY AND FIELDSTONE AT WESTCHESTER MEADOWS), Case No. 15-13264-MEW and *In re Hebrew Hospital Homes of Westchester, Inc.*, Case No. 16-10028-MEW. The case docket in Case No. 15-11158-MEW (HHH Choices Health Plan, LLC) should be consulted for all matters affecting the above listed cases.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: January 14, 2016
      New York, New York

                                            <u>**s/Michael E. Wiles**</u>
                                            HONORABLE MICHAEL E. WILES
                                            U.S. BANKRUPTCY JUDGE