**Fill in this information to identify the case:**

Debtor name    **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10028**

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February  9, 2016**          X **/s/ Peter Cutaia**
                                              Signature of individual signing on behalf of debtor

                                              **Peter Cutaia**
                                              Printed name

                                              **CFO**
                                              Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10028**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................. $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................................... $      **13,581,357.59**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................................. $      **13,581,357.59**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      **0.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 6a of *Schedule E/F*........................................................... $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*.................................. +$      **28,654,720.43**

4.  **Total liabilities** ..........................................................................................................................
    Lines 2 + 3a + 3b          $      **28,654,720.43**

**Fill in this information to identify the case:**

Debtor name  **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **16-10028**

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Sterling National Bank** | **Restricted Escrow (Sale Proceeds)** | *801 | $6,751,965.96 |
| 3.2. | **Wells Fargo** | **Old Operating (*balance as of 2/8/2016)** | 8190 | $4,969.42 |
| 3.3. | **Wells Fargo** | **New DIP Account (*balance as of 2/5/2016)** | 3941 | $103,800.81 |
| 3.4. | **M&T Bank** | **Operating Account -- Medicaid (*balance as of 2/5/2016)** | 7853 | $72,987.00 |
| 3.5. | **Amalgamated Bank** | **Operating Account -- Social Security (*balance as of 12/31/2015)** | 4658 | $41,268.63 |
| 3.6. | **Amalgamated Bank** | **Resident Fund (*balance as of 12/31/2015)** | 4636 | $4,898.58 |

4. **Other cash equivalents** *(Identify all)*

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number *(If known)* **16-10028** |
|---|---|---|
| | Name | |

4.1.. **Cash Collateralized Letter of Credit with M&T Bank re proposed left turn lane project**    $275,000.00

5. **Total of Part 1.**    | $7,254,890.40 |

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.. **Utility Deposit with Con Edison**    $60,470.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**    | $60,470.00 |

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    0.00    -    0.00    =....    $0.00
face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    0.00    -    0.00    =....    Unknown
face amount        doubtful or uncollectible accounts

12. **Total of Part 3.**    | $0.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number *(If known)* **16-10028** |
|---|---|---|
| | Name | |

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1.. | **JV with The Bethel Methodist Home and Westchester Health Care Properties I, LLC -- selling right to construct 70-bed nursing facility -- $2.8MM sale price less setoffs owed to Bethel and for related expenses** | N/A | % | N/A | $2,243,000.00 |

16.     **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

17.     **Total of Part 4.**
        Add lines 14 through 16.  Copy the total to line 83.

        **$2,243,000.00**

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:     Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

60.     **Patents, copyrights, trademarks, and trade secrets**

61.     **Internet domain names and websites**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number *(If known)* **16-10028** |
|---|---|---|
| | Name | |

**62.** **Licenses, franchises, and royalties**
**NYS Dept. of Health Certificate of**
**Authorization #7000613 -- Certified Home**
**Health Agency (CHHA)**
***No value -- part of July 2015 sale, but transfer**
**to buyer is pending regulatory approval**          $0.00    N/A                    $0.00

**63.** **Customer lists, mailing lists, or other compilations**

**64.** **Other intangibles, or intellectual property**

**65.** **Goodwill**

**66.** **Total of Part 10.**                                                      $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)
**Loan from sale proceeds to affiliate,**     3,532,171.00  -        0.00  =
**Hebrew Hospital Senior Housing,**           Total face amount    doubtful or uncollectible amount
**Inc. -- Restructuring Support and**
**Loan Agreement dated October 20,**
**2015**                                                                      $3,532,171.00

**Promissory Note with Benjamin**             490,826.19  -        0.00  =
**Landa and Johanon Hirsch dated**            Total face amount    doubtful or uncollectible amount
**April 30, 2015**                                                            $490,826.19

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**See attached**                                                              **Unknown**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Hebrew Hospital Home of Westchester, Inc.**    Case number *(If known)* **16-10028**
       Name

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| | **NYS Universal Settlement -- Medicaid-Related Appeals & Litigation (effective 12/19/2014)** | **Unknown** |
| | **Nature of claim**       **Pending Settlement Proceeds** | |
| | **Amount requested**       **$805,000.00** | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | **$4,022,997.19** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Hebrew Hospital Home of Westchester, Inc.**                    Case number *(If known)* **16-10028**
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,254,890.40 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $60,470.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $2,243,000.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,022,997.19 | |
| 91. **Total.** Add lines 80 through 90 for each column | $13,581,357.59 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $13,581,357.59 |

**Schedule A/B #73 -- Insurance Policies**

| Insurer | Named Insured | Type | Number | Term |
|---|---|---|---|---|
| Hiscox<br>• Highland Risk Services, Inc. | HHSH Inc. | General/Professional Liability | 2349747509 | 05/16/2015-2016 |
| CNA<br>• Columbia Casualty Company | HHCS, Inc. | Excess Liability | 5086867617 | 05/16/2015-2016 |
| CNA<br>• Continental Casualty Company | HHCS, Inc. | Business Auto | 5086867603 | 05/16/2015-2016 |
| RSUI Indemnity Company | HHCS, Inc. | Directors & Officers Liability- Primary $10M | NHP661820 | 03/16/2015-2016 |
| Great American Insurance Companies | HHCS, Inc. | Excess Directors & Officers Liability- $10M excess of $10M | APX8185067 | 03/16/2015-2016 |
| QBE Insurance Corporation | HHCS, Inc. | Excess Directors & Officers Liability- $5M excess of $20M | QPL0088564 | 03/16/2015-2016 |

**Fill in this information to identify the case:**

Debtor name    **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10028**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     **12/15**

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Fill in this information to identify the case: |
|---|

Debtor name **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **16-10028**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.   List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address **1199 Child Care Fund** **330 West 42nd Street** **27th Floor** **New York, NY 10036** Date or dates debt was incurred ___ Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Trade debt__ Is the claim subject to offset? ■ No  ☐ Yes | **$3,458.45** |
| **3.2** | Nonpriority creditor's name and mailing address **1199 Child Care Fund** **330 West 42nd Street** **27th Floor** **New York, NY 10036** Date or dates debt was incurred ___ Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Trade debt__ Is the claim subject to offset? ■ No  ☐ Yes | **$830.37** |
| **3.3** | Nonpriority creditor's name and mailing address **1199 Child Care Fund** **330 West 42nd Street** **27th Floor** **New York, NY 10036** Date or dates debt was incurred ___ Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Trade debt__ Is the claim subject to offset? ■ No  ☐ Yes | **$583.82** |
| **3.4** | Nonpriority creditor's name and mailing address **1199 Job Security Fund** **330 West 42nd Street** **27th Floor** **New York, NY 10036** Date or dates debt was incurred ___ Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** __Trade debt__ Is the claim subject to offset? ■ No  ☐ Yes | **$1,729.22** |

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.20**

**1199 Job Security Fund**
**330 West 42nd Street**
**27th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,032.17**

**1199 Job Security Fund**
**330 West 42nd Street**
**27th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$208,522.82**

**1199 National Benefit Fund**
**330 West 42nd Street**
**27th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,726.69**

**1199 National Benefit Fund**
**330 West 42nd Street**
**27th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$227,267.11**

**1199 National Benefit Fund**
**330 West 42nd Street**
**27th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,516,694.00**

**1199 SEIU Funds**
**330 West 42nd Street**
**27th Floor**
**New York, NY 10036**

■ Contingent
■ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$73,595.69**

**1199 SEIU Labor Management**
**330 West 42nd Street**
**27th Floor**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $17,670.33 |
|---|---|---|---|
| | **1199 SEIU Labor Management**<br>**330 West 42nd Street**<br>**27th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $24,086.91 |
|---|---|---|---|
| | **1199 SEIU Labor Management**<br>**330 West 42nd Street**<br>**27th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $22,925.53 |
|---|---|---|---|
| | **1199 SEIU Labor Management**<br>**330 West 42nd Street**<br>**27th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,458.45 |
|---|---|---|---|
| | **1199 Training & Upgrading**<br>**330 West 42nd Street**<br>**27th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $830.37 |
|---|---|---|---|
| | **1199 Training & Upgrading**<br>**330 West 42nd Street**<br>**27th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,077.33 |
|---|---|---|---|
| | **1199 Training & Upgrading**<br>**330 West 42nd Street**<br>**27th Floor**<br>**New York, NY 10036** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $8,569.18 |
|---|---|---|---|
| | **Abaline Supply**<br>**600 Markley Street**<br>**Port Reading, NJ 07064** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   **Trade debt** | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

**3.19** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$207.00**

**Ability Netwrok Inc.**
**Butler Sq. 100 North 6th St.**
**Ste. 900A**
**Minneapolis, MN 55403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$730.50**

**Acme American Repairs**
**177-10 93rd Ave.**
**Jamaica, NY 11433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$128,911.93**

**ADP, LLC**
**One ADP Boulevard**
**Roseland, NJ 07068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Payroll-related services__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,583.35**

**Aladdin Temp-Rite LLC**
**PO Box 8500-3431**
**Philadelphia, PA 19178-3431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,134.50**

**All Safe Fire Protection, Inc.**
**PO Box 53**
**Thornwood, NY 10594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,170.00**

**All Safe Fire Sprinklers Corp.**
**PO Box 53**
**Thornwood, NY 10594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,400.36**

**Allcare Medical**
**PO Box 826390**
**Philadelphia, PA 19182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,764.77**

**Allied Health Services**
**391 East 149th Street**
**Suite 318**
**Bronx, NY 10455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alston & Bird LLP**
**Attn: Martin G. Bunin**
**90 Park Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Notice**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,256.88**

**Amazing Home Care**
**1601 Bronxdale Avenue**
**Bronx, NY 10462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,775.00**

**American Health Care Apparel**
**302 Town Center Blvd.**
**Easton, PA 18040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,351.24**

**Aronow Vera**
**58 Sickles Ave.**
**Nyack, NY 10960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$608.00**

**Astra Home Care**
**117 Church Ave.**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$544.46**

**Atlantic Business Product**
**GPO-PO Box 26200**
**New York, NY 10087-6200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  **Trade debt**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hebrew Hospital Home of Westchester, Inc. | Case number (if known) | 16-10028 |
|---|---|---|---|
| | Name | | |

---

**3.33**

Nonpriority creditor's name and mailing address

**Attorney General of New York**
**Attn: James G. Sheehan**
**120 Broadway**
**New York, NY 10271**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.34**

Nonpriority creditor's name and mailing address

**Attorney General of New York**
**Attn: Sandra Giorno-Tocco**
**44 S. Broadway, 5th Floor**
**White Plains, NY 10601**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.35**

Nonpriority creditor's name and mailing address

**Attractive Aquariums**
**C/o Gary Raisman**
**10 Midway Lane**
**Levittown, NY 11756**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$303.00**

---

**3.36**

Nonpriority creditor's name and mailing address

**Attractive Aquariums**
**C/o Gary Raisman**
**10 Midway Lane**
**Levittown, NY 11756**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$211.00**

---

**3.37**

Nonpriority creditor's name and mailing address

**Balm of Gilead Homecare LT**
**4626 White Plains Rd.**
**Bronx, NY 10470**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$33,025.50**

---

**3.38**

Nonpriority creditor's name and mailing address

**Barksdale Health Care Services**
**327 Fifth Ave.**
**Pelham, NY 10803**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$39,731.26**

---

**3.39**

Nonpriority creditor's name and mailing address

**Bay Plaza Community Ctr. LLC**
**546 5th Avenue**
**New York, NY 10036**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$74,682.36**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | | Case number *(if known)* | **16-10028** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$866,780.58** |
|---|---|---|---|

**Best Care**
**3000 Hempstead Turnpike**
**Suite 205**
**Levittown, NY 11756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,361.09** |
|---|---|---|---|

**Bioreference Labs**
**481 Edward H. Ross Dr.**
**Elmwood Park, NJ 07407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16.23** |
|---|---|---|---|

**Blue Cross Blue Sheild**
**PO Box 11744**
**Newark, NJ 07101-4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blue Cross Blue Sheild**
**PO Box 11744**
**Newark, NJ 07101-4744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brown, Donald**
**309 Langdon Ave.**
**Mount Vernon, NY 10553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brown, Patricia**
**454 Franklin Ave.**
**Mount Vernon, NY 10553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,257.00** |
|---|---|---|---|

**Buchanan Ingersoll & Rooney**
**One Oxford Center**
**301 Grant Street 20th Floor**
**Pittsburgh, PA 15219-1410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$617.81** |
|---|---|---|---|

**Byram Health Care**
**PO Box 277596**
**Atlanta, GA 30384-4054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$66,920.54** |
|---|---|---|---|

**CareNext Post Acute LLC**
**4 Greenwich Office Park**
**Floor 2**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$313.43** |
|---|---|---|---|

**Chemsearch**
**23261 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,769.17** |
|---|---|---|---|

**Citistorage, LLC**
**5 North 11th Street**
**Brooklyn, NY 11249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$17,095.72** |
|---|---|---|---|

**Clean Air Quality Service Inc.**
**161 Brady Ave.**
**Hawthorne, NY 10532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CohnReznick LLP**
**Attn: Chad Shandler**
**1212 Sixth Avenue**
**New York, NY 10036-1600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Notice__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Connecticut Business System**
**PO Box 788760**
**Philadelphia, PA 19178-8760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:   __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Corbett, Gerard**
**PO Box 608**
**Bronx, NY 10465**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**County of Westchester IDA**
**Attn: Chairman**
**148 Maritime Avenue**
**White Plains, NY 10601**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$45,159.50** |
|---|---|---|---|

**Cudleys Home Care LT**
**391 East 149th Street**
**Bronx, NY 10455**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Daley, Marion**
**2749 Bronxwood Ave.**
**Bronx, NY 10469**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dermarite Industries LLC**
**PO Box 631**
**Hawthorne, NJ 07507**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**DLA Piper**
**Attn: Thomas Califano**
**1251 Sixth Avenue, 27th Floor**
**New York, NY 10020-1104**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,241.80** |
|---|---|---|---|

**E-R-G Associates Inc.**
**PO Box 445**
**Tuxedo Park, NY 10987**

Date or dates debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$473.72** |
|---|---|---|---|

**Eastview Service Inc.**
**1160 Knollwood Rd.**
**White Plains, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$243.33** |
|---|---|---|---|

**EHealth Solutions Inc.**
**575 Eighth Ave.**
**15th Fl.**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,861.06** |
|---|---|---|---|

**Emanuel Services Inc.**
**409 Broadway**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**ESolutions Inc.**
**401 W. Frontier Lane**
**Ste. 101**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Notice__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,758.40** |
|---|---|---|---|

**Eva's Day Spa Inc.**
**44 Old Army Rd.**
**Scarsdale, NY 10583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,261.00** |
|---|---|---|---|

**Family Aides Inc.**
**144 West John St.**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Family Service Society Yonkers**
**30 South Broadway**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$387.25**

**File Metro LLC**
**51 Chestnut Ridge Rd.**
**Armonk, NY 10504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$122.00**

**Foremost Homecare Inc.**
**115 West 30th St.**
**Suite 500A**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,140.94**

**GDC Medical Electronic**
**25 South Mall**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,450.00**

**Genadyne Biotech**
**16 Midland Ave.**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$72,916.69**

**Geriatric Services PC**
**3 Barker Ave.**
**4th Floor**
**White Plains, NY 10601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$125.00**

**Golden Apple Chorus**
**65 Broadway**
**Hawthorne, NY 10532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,536.00**

**Golden Apple Home Care**
**3924 East Tremont Ave.**
**Bronx, NY 10465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.00** |
|---|---|---|---|
| | **Grayrock Memorials & Florist** | ☐ Contingent | |
| | **160 Bradhust Ave.** | ☐ Unliquidated | |
| | **Valhalla, NY 10595** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   __Trade debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
|---|---|---|---|
| | **Gross, Perry** | ☐ Contingent | |
| | **50 Beldin Ave.** | ☐ Unliquidated | |
| | **Dobbs Ferry, NY 10522** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   __Trade debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,881.63** |
|---|---|---|---|
| | **Hartford Life** | ☐ Contingent | |
| | **One Hartford Plaza** | ☐ Unliquidated | |
| | **Hartford, CT 06155** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   __Trade debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,099.00** |
|---|---|---|---|
| | **Health Source Group, Inc.** | ☐ Contingent | |
| | **76 North Broadway** | ☐ Unliquidated | |
| | **Suite 3003** | ☐ Disputed | |
| | **Hicksville, NY 11801** | | |
| | Date or dates debt was incurred ___ | Basis for the claim:   __Trade debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|
| | **HHH Acquisition, LLC** | ■ Contingent | |
| | **c/o Duane Morris (Jerome Levy)** | ■ Unliquidated | |
| | **1540 Broadway** | ■ Disputed | |
| | **New York, NY 10036-4086** | | |
| | Date or dates debt was incurred ___ | Basis for the claim:   __APA-related obligations__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,850.00** |
|---|---|---|---|
| | **Home Care Assoc.** | ☐ Contingent | |
| | **388 Broadway** | ☐ Unliquidated | |
| | **4th Floor** | ☐ Disputed | |
| | **Albany, NY 12207** | | |
| | Date or dates debt was incurred ___ | Basis for the claim:   __Trade debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$60,930.00** |
|---|---|---|---|
| | **Home Care At Its Best, Inc.** | ☐ Contingent | |
| | **221-21 Jamaica Ave.** | ☐ Unliquidated | |
| | **Queens Village, NY 11428** | ☐ Disputed | |
| | Date or dates debt was incurred ___ | Basis for the claim:   __Trade debt__ | |
| | Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Home Care Therapies**
**20 Jeruselum Ave.**
**3rd Floor**
**Hicksville, NY 11801**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$24,349.50**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Home Health Care Services of N**
**1650 Coney Island Avenue**
**Brooklyn, NY 11230**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$4,051.25**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Hopkins Medical Products**
**5 Greenwood Place**
**Pikesville, MD 21208**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$987.32**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**Hughes Envion Engineering**
**14 Leighton Place**
**Mahwah, NJ 07430**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,179.00**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Idville**
**5376 52nd St.**
**Grand Rapids, MI 49512-9765**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$191.50**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Independence Medical**
**PO Box 635864**
**Cincinnati, OH 45263-5864**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$69.27**

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Industrial UI Services**
**20 Squadron Blvd.**
**PO Box 825**
**New City, NY 10956**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,257.50** |
|---|---|---|---|

**Intergen Health LLC**
**1650 Eastern Parkway**
**Brooklyn, NY 11233**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$148,750.05** |
|---|---|---|---|

**IPC The Hospitalist Co., Inc.**
**P.O. Box 844929**
**Los Angeles, CA 90084-4929**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$115.00** |
|---|---|---|---|

**Johnny Dare Music**
**PO Box 111**
**Piermont, NY 10968**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$359.00** |
|---|---|---|---|

**Knowledge Unlimited**
**PO Box 52**
**Madison, WI 53701-0052**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$6,624.95** |
|---|---|---|---|

**Konica Minolta**
**Dept. AT 952823**
**Atlanta, GA 31192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$26,685.00** |
|---|---|---|---|

**Kris Agency & Homecare**
**169-14 Hillside Ave.**
**Jamaica, NY 11432**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$300.00** |
|---|---|---|---|

**Larsen, Sue**
**3 Lake View Drive North**
**White Plains, NY 10603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

**Basis for the claim:** __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,689.00 |
|---|---|---|---|

**Leading Age New York**
**13 British American Blvd.**
**Suite 2**
**Latham, NY 12110-1431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**Liggo, Bobby**
**510 Carroll Ave.**
**Mamaroneck, NY 10543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,366.25 |
|---|---|---|---|

**Long Term Solutions Inc.**
**935 South Lake Blvd.**
**Suite 6**
**Mahopac, NY 10541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $99,972.08 |
|---|---|---|---|

**LTC Consulting Services**
**7 Randolph Rd.**
**Howell, NJ 07731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**M&T Bank**
**Attn: Jodee LaCelle**
**101 South Salina St, 3rd Floor**
**Syracuse, NY 13202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Notice__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mass Mutual Retirement Plan**
**1295 State Street**
**Springfield, MA 01111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Notice__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,301.00 |
|---|---|---|---|

**Maxim Staffing Solutions**
**12558 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

**Basis for the claim:** __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,372.00 |
|---|---|---|---|

**MC Health Care Products**
**4658 Ontario St.**
**Beamsville, ON, Canada L0R-1B4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Notice__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $418.90 |
|---|---|---|---|

**McKesson Medical Sugical Supp**
**PO Box 630693**
**Cincinnati, OH 45263-0693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $35,074.54 |
|---|---|---|---|

**Med World Pharm Omni**
**Dept. 781668**
**PO Box 78000**
**Detroit, MI 48278-1668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,481.56 |
|---|---|---|---|

**Med World Pharmacy**
**Dept. 781668**
**PO Box 78000**
**Detroit, MI 48278-1668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $413.13 |
|---|---|---|---|

**Med-Pat Inc.**
**31 Riordan Place**
**Shrewsbury, NJ 07702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $55,058.17 |
|---|---|---|---|

**Medline Industries**
**PO Box 382075**
**Pittsburgh, PA 15251-8075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meza, Laura A.**
**7 Chestnut St.**
**Lake Peekskill, NY 10537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200.00 |
|---|---|---|---|

**Millard, Geroganne**
**PO Box 298**
**Purchase, NY 10577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,391.24 |
|---|---|---|---|

**MMS Extended Care**
**A Medical supply**
**PO Box 826627**
**Philadelphia, PA 19182-6627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30.15 |
|---|---|---|---|

**Mount Kisco Medical Group**
**PO Box 7247-6822**
**Philadelphia, PA 19170-6822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $561.25 |
|---|---|---|---|

**N&S Fuel Inc.**
**40 Broadway**
**Hawthorne, NY 10532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $911.66 |
|---|---|---|---|

**Nassau Health Care Supplies**
**4574 Third Avenue**
**Bronx, NY 10458-7802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $162.90 |
|---|---|---|---|

**Nestle Pure Life**
**PO Box 856192**
**Louisville, KY 40285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $225.00 |
|---|---|---|---|

**New Century Home Care**
**1410 E. 10th Street**
**Brooklyn, NY 11230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | | Case number (if known) | **16-10028** |
|---|---|---|---|---|
| | Name | | | |

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,201.08**

**Newbold Corporation**
**450 Weaver St.**
**Rocky Mount, VA 24151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nixon Peabody LLP**
**Attn: Katherine Baynes**
**1300 Clinton Avenue**
**Rochester, NY 14604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$955.88**

**Northeast Generator Co.**
**596 John St.**
**Bridgeport, CT 06604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Nutrition Management Services**
**Box 725 Kimberton Rd.**
**Kimberton, PA 19442**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$191,377.17**

**NYS Department of Health**
**Corning Tower**
**Empire State Plaza**
**Albany, NY 12237**

☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  __Facility Assessment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$32,162.15**

**NYS Department of Labor**
**UI Div., Collection Unit**
**Building 12 Room 256**
**Albany, NY 12240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**NYS Dept of Financial Services**
**Attn: Warren Youngs**
**One State Street**
**New York, NY 10004-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___
Last 4 digits of account number ___

Basis for the claim:  __Notice__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$406.93** |
|---|---|---|---|

**On Point Partners**
**234 Silverlake Blvd.**
**Carle Place, NY 11514**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,872.00** |
|---|---|---|---|

**Open Systems Metro NY, Inc.**
**258 Route 117 By-Pass Rd.**
**Bedford Hills, NY 10507**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Open Text Inc.**
**JP Morgan Lockbox**
**24685 Network Place**
**Chicago, IL 60673-1246**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ouellette, John**
**95-117 Ravine Ave.**
**Apt.  RF3E**
**Yonkers, NY 10701**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Oxford HealthPlans**
**PO Box 1697**
**Newark, NJ 07101-1697**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Paetec Communications**
**PO Box 9001013**
**Louisville, KY 40290-1013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,744.88** |
|---|---|---|---|

**Patient Care Associates Inc.**
**141 Halstead Ave.**
**Mamaroneck, NY 10543**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Peckar & Abramson**
**70 Grand Ave.**
**River Edge, NJ 07661**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim: __Notice__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $37,779.07 |
|---|---|---|---|

**Pella Care, LLC**
**1418 65th Street**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim: __Trade debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Piti, Richard**
**2523 Westervelt Ave.**
**Bronx, NY 10469**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim: __Trade debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pitney Bowes**
**PO Box 371887**
**Pittsburgh, PA 15250-7787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim: __Trade debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $237.00 |
|---|---|---|---|

**Pitney Bowes Inc Rental**
**PO Box 371896**
**Pittsburgh, PA 15250-7896**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim: __Trade debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $25.71 |
|---|---|---|---|

**Poland Spring**
**PO Box 856192**
**Louisville, KY 40285-6192**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim: __Trade debt__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Premier Home Health Care Serv.**
**445 Hamilton Avenue**
**10th Floor**
**White Plains, NY 10601**

■ Contingent
■ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

Basis for the claim: __APA-related obligations__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.02** |
|---|---|---|---|

**Prudential Group Insurance**
**PO Box 101241**
**Atlanta, GA 30392-1241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,504.14** |
|---|---|---|---|

**Regency Lighting**
**PO Box 205325**
**Dallas, TX 75320-5325**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,135.00** |
|---|---|---|---|

**Reliable Community Care**
**160 Broadway**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$271.52** |
|---|---|---|---|

**Rentacrate**
**PO Box 824795**
**Philadelphia, PA 19182-4795**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$25,119.75** |
|---|---|---|---|

**Rockaway Manor Home Care**
**150 Beach 9th St.**
**Far Rockaway, NY 11691**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Roto Rooter Plumbers Services**
**5672 Collection Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Russo J. Daniel**
**17 Anita Rd.**
**Bronxville, NY 10708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Basis for the claim:**   Trade debt

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
| --- | --- | --- | --- |
| | Name | | |

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,308.00** |
| --- | --- | --- | --- |

**Scent Air Technologies, Inc.**
**PO Box 906032**
**Charlotte, NC 28290-6032**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Schuldgngin, Raya**
**5912 Spencer Ave.**
**Bronx, NY 10471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,077.65** |
| --- | --- | --- | --- |

**Securitas Security Services**
**PO Box 403412**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$285.00** |
| --- | --- | --- | --- |

**Sound Water Treatment Center**
**92 North Ave.**
**Suite 201**
**New Rochelle, NY 10801**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$70.00** |
| --- | --- | --- | --- |

**Spear, Richard**
**50 Yonkers Terrace**
**Apt. 4M**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| --- | --- | --- | --- |

**Stericycle Inc.**
**PO Box 6582**
**Carol Stream, IL 60197-6582**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$297.24** |
| --- | --- | --- | --- |

**Strauss Paper Co. Inc.**
**10 Slater St.**
**Port Chester, NY 10573-4997**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred** ___

**Last 4 digits of account number** ___

Basis for the claim:   **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$96,961.08** |
|---|---|---|---|

**Subacute Network, LLC**
**4 Greenwich Office Park**
**Floor 2**
**Greenwich, CT 06830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,527.94** |
|---|---|---|---|

**Suburban Carting**
**PO Box 5102**
**White Plains, NY 10602-5102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,347.50** |
|---|---|---|---|

**Sunnyside Citywide L.T.**
**43-31 39th Street**
**Sunnyside, NY 11104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$29,074.00** |
|---|---|---|---|

**T.G. Lanscape Co.**
**490 Ellendale Ave.**
**Port Chester, NY 10573**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,581.79** |
|---|---|---|---|

**Tech Air**
**PO Box 0021**
**Brattleboro, VT 05302-0021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$984.00** |
|---|---|---|---|

**The Guardian Life Ins. Co.**
**State Mandated Disability**
**PO Box 824418**
**Philadelphia, PA 19182-4418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$142,177.88** |
|---|---|---|---|

**The Royal Care**
**6323 14th Avenue**
**Brooklyn, NY 11219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim:  __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

---

**3.159** | **Nonpriority creditor's name and mailing address**

**Thomson Reuters-West**
**West Payment Center**
**PO Box 6292**
**Carol Stream, IL 60197-6292**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$160.44**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___**Trade debt**___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

**Town of Greenburgh**
**Attn: Comptroller**
**17 Hillside Avenue**
**White Plains, NY 10607**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___**Notice**___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

**Tyco Integarated Security LLC**
**PO Box 371967**
**Pittsburgh, PA 15250-7967**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$758.75**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___**Trade debt**___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address**

**U.S. Bank N.A.**
**Attn: Michelle Mena**
**100 Wall St, 16th Floor**
**New York, NY 10005**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___**Notice**___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address**

**U.S. Trustee -- SDNY**
**Attn: Greg Zipes**
**201 Varick St, Room 1006**
**New York, NY 10014**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___**Notice**___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164** | **Nonpriority creditor's name and mailing address**

**United Hebrew Geriatric Center**
**391 Pelham Road**
**New Rochelle, NY 10805**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$1,633.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___**Trade debt**___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.165** | **Nonpriority creditor's name and mailing address**

**Unitex Textile Rental Services**
**145 S. Satellite Rd.**
**South Windsor, CT 06074**

Date or dates debt was incurred ___

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___**Trade debt**___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | | Case number (if known) | **16-10028** |
|---|---|---|---|---|
| | Name | | | |

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,860.00 |
|---|---|---|---|

**Universal Hospital Services**
SDS 12-0940
PO Box 86
Minneapolis, MN 55486-0940

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $437,715.00 |
|---|---|---|---|

**Unlimited Care Inc.**
333 Westchester Ave.
West Bldg Ste. G02
West Harrison, NY 10604

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,903.51 |
|---|---|---|---|

**Weeks-Lerman (Wingard)**
5838 Page Place
Maspeth, NY 11378

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.54 |
|---|---|---|---|

**Westchester Medical Center**
PO Box 5044
New Britain, CT 06050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,759.50 |
|---|---|---|---|

**Western Pest Services**
162-164 East Avenue B -1632
Norwalk, CT 06851-5715

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $359.63 |
|---|---|---|---|

**White Plains Hospital
Physicians Assoc.**
PO Box 28206
New York, NY 10087-8206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $159.87 |
|---|---|---|---|

**White Plains Hospital Center**
Davis Avenue at East Post Rd.
White Plains, NY 10601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Basis for the claim: __Trade debt__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hebrew Hospital Home of Westchester, Inc.** | Case number (if known) | **16-10028** |
|---|---|---|---|
| | Name | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,248.00** |
|---|---|---|---|

**Zimmet Healthcare Services**
**4006 Route 9 South**
**Morganville, NJ 07751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred ___

Last 4 digits of account number ___

Basis for the claim:  _Trade debt_

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Levy Ratner, P.C.**<br>**Attn: Ryan J. Barbur**<br>**80 Eigth Avenue, 8th Floor**<br>**New York, NY 10011-5126** | Line **3.10**<br>☐ Not listed. Explain ___ | ___ |
| 4.2 | **Melvin & Melvin PLLC**<br>**Attn: Louis Levine**<br>**217 South Salina St, 7th Floor**<br>**Syracuse, NY 13202** | Line **3.100**<br>☐ Not listed. Explain ___ | ___ |
| 4.3 | **Newman Law, P.C.**<br>**Attn: Aviva Francis**<br>**377 Pearsall Avenue, Suite C**<br>**Cedarhurst, NY 11516** | Line **3.132**<br>☐ Not listed. Explain ___ | ___ |
| 4.4 | **Rubin LLC**<br>**Attn: Paul A. Rubin**<br>**345 Seventh Avenue, 21st Floor**<br>**New York, NY 10001** | Line **3.99**<br>☐ Not listed. Explain ___ | ___ |
| 4.5 | **Ruskin Moscou Faltischek, P.C.**<br>**East Tower, 15th Floor**<br>**1425 RXR Plaza**<br>**Uniondale, NY 11556-1425** | Line **3.39**<br>☐ Not listed. Explain ___ | ___ |
| 4.6 | **Silverstein & Saperstein**<br>**Attn: Ivan A. Saperstein**<br>**1 Barker Avenue, Suite 425**<br>**White Plains, NY 10601** | Line **3.38**<br>☐ Not listed. Explain ___ | ___ |
| 4.7 | **Sullivan & Worcester LLP**<br>**Attn: Jeanne P. Darcey**<br>**One Post Office Square**<br>**Boston, MA 02109** | Line **3.162**<br>☐ Not listed. Explain ___ | ___ |

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 28,654,720.43 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 28,654,720.43 |

**Fill in this information to identify the case:**

Debtor name   **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **16-10028**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **(*Proposed) Secured Super Priority Debtor In Possession Credit Agreement** | |
| | State the term remaining | **TBD / Subject to Court Approval** | **HH Senior Housing Inc.** |
| | List the contract number of any government contract | | **55 Grasslands Road** |
| | | | **Valhalla, NY 10595** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Restructuring Support and Loan Agreement** | |
| | State the term remaining | **TBD / Subject to Court Approval** | **HH Senior Housing Inc., et al.** |
| | List the contract number of any government contract | | **55 Grasslands Road** |
| | | | **Valhalla, NY 10595** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Asset Purchase Agreement** **-- Part of April 2015 sale of Skilled Nursing Facility (SNF) to HHH Acquisition** **-- Ongoing obligations on all parties to collect certain receivables, make disbursements, reconcile balances, etc.** | |
| | State the term remaining | **4/2015 to 12/2016** | **HHH Acquisition LLC** |
| | List the contract number of any government contract | | **c/o Duane Morris (Jerome Levy)** |
| | | | **1540 Broadway** |
| | | | **New York, NY 10036-4086** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Medical Billing Collections Service Agreement** | |
| | State the term remaining | **Month-to-Month** | **LTC Consulting Services** |
| | | | **7 Randolph Rd.** |
| | | | **Howell, NJ 07731** |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    Page 1 of 2

| Debtor 1 | **Hebrew Hospital Home of Westchester, Inc.** | Case number (*if known*) | **16-10028** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |



## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| List the contract number of any government contract _____ | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Interim Consultative & Management Services Agreement -- Part of July 2015 sale of Certified Home Health Agency (CHHA) to Premier Home Health** | |
|---|---|---|---|
| | State the term remaining | **TBD** | **Premier Home Health Care Serv.** |
| | List the contract number of any government contract | _____ | **445 Hamilton Avenue 10th Floor White Plains, NY 10601** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Hebrew Hospital Home of Westchester, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **16-10028**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |

2.1

| Street |
| City    State    Zip Code |

☐ D
☐ E/F
☐ G

2.2

| Street |
| City    State    Zip Code |

☐ D
☐ E/F
☐ G

2.3

| Street |
| City    State    Zip Code |

☐ D
☐ E/F
☐ G

2.4

| Street |
| City    State    Zip Code |

☐ D
☐ E/F
☐ G

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy